# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. ZAVALA VIGAS,<br><br>    Petitioner,<br><br>    v.<br><br>K. HARRINGTON, Warden,<br><br>    Respondent. | 1:09-CV-01992 LJO GSA HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR APPLICATION TO FILE BELATED CERTIFICATE OF APPEALABILITY<br><br>[Doc. #30] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 10, 2010, the District Court issued a final order dismissing the petition for violating the statute of limitations. Petitioner filed a notice of appeal and the appeal was processed to the Ninth Circuit Court of Appeal. On October 21, 2010, the Ninth Circuit denied a certificate of appealability thereby terminating the appeal.

On January 12, 2011, Petitioner filed the instant motion for application to file a belated certificate of appealability. Petitioner's motion will be denied because it is moot. The appeal has already been denied by the Ninth Circuit. Therefore, granting a certificate of appealability would serve no purpose.

Accordingly, Petitioner's motion for application to file a belated certificate of appealability is DENIED.

IT IS SO ORDERED.

**Dated:    January 13, 2011**                    /s/ Lawrence J. O'Neill
                                                                         UNITED STATES DISTRICT JUDGE